# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Jarrod Waymon Evans                                    Docket No. 5:07-CR-2-1

### Petition for Action on Supervised Release

COMES NOW John A. Cooper, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jarrod Waymon Evans, who, upon an earlier plea of guilty to 18 U.S.C. §§ 922(g)(1) and 924, Possession of a Firearm and Ammunition by a Felon, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on July 3, 2007, to the custody of the Bureau of Prisons for a term of 46 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days.

4. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Jarrod Waymon Evans was released from custody on June 4, 2010, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Evans has been on supervision for one year and resided in Chadbourn, NC, with his mother since his release. He has been mostly unemployed with few prospects for employment. He violated the conditions of supervision by testing positive for cocaine on December 2, 2010, and December 20, 2010. On each occasion, Evans was reported to the court via violation report wherein we recommended service of 7 days total in jail via DROPS program. Additionally, he was required

Jarrod Waymon Evans
Docket No. 5:07-CR-2-1
Petition For Action
Page 2

to participate in an outpatient treatment program for substance abuse; and he voluntarily entered a mental health treatment program to address issues of anxiety and depression. However, on May 27, 2011, he submitted to urine testing and the result was positive for cocaine. He admitted using cocaine because he has too much time on his hands. As such, we are recommending the court impose a condition requiring Evans be placed in a residential re-entry center for a period of 90 days. This will enable him to relocate away from Chadbourn, NC, and seek better employment opportunities. Furthermore, he will be closely monitored for any drug use and required to continue in a substance abuse treatment program.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall undergo placement in a residential re-entry center for a period of 90 days as arranged by the probation office and shall abide by the conditions of that program during said placement.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Kevin L. Connolley<br>Kevin L. Connolley<br>Supervising U.S. Probation Officer | /s/ John A. Cooper<br>John A. Cooper<br>U.S. Probation Officer<br>Executed On: June 15, 2011 |

## ORDER OF COURT

Considered and ordered this __16th__ day of __June__, 2011, and ordered filed and made a part of the records in the above case.

James C. Fox
Senior U.S. District Judge